DATE: 8/28/03 CASE NUMBER: CR 03-00687-001-PHX-JAT

FILED ☑ LODGED ☐
RECEIVED ☐ COPY ☐
AUG 29 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
DEPUTY

USA vs. Alberto Munoz Arguello

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON #: 70BI

A.U.S. Attorney Sharon Sexton for Michael W. Kemp INTERPRETER Cristina Sporrer
 LANGUAGE Spanish

Attorney for Defendant Richard Juarez (Appointed)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 7/10/03 ☒ Initial Appearance ☒ Appointment of counsel hearing held
☒ Financial Afdvt filed 7/10/03 ☐ No Financial Afdvt taken ☐ Financial Afdvt sealed
☒ Defendant states true name to be **JESUS ALBERTO MUNOZ-ARGUELLO**. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING: | ARRAIGNMENT HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset | ☒ Held ☐ Con't ☐ Reset |
| Set for:<br>Before: | Set for:<br>Before: |
| ☐ Defendant ordered temporarily detained in the custody of the United States Marshal | Plea of NOT guilty entered to Counts <u>all pending</u>. |
| ☐ Defendant ordered released _____ | DATE OF MOTION DEADLINE: 15 days |
| ☐ Defendant continued detained pending trial<br>☐ Flight risk ☐ Danger | Defendant bound over to U.S.D.C. for trial on 10/7/03 at 9:00 AM in Courtroom 503 before JUDGE TEILBORG |

STATUS HEARING RE : Set for before

Other: _____

RECORDED: CS
BY: Sherise M. Marshall
Deputy Clerk

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on August 28, 2003
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code_W[DQSWvahvf_