UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Phoenix/Prescott Division    CRIMINAL MINUTES (PLEA)

☒ FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 25 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

2: 03 CR 00687 1 PHX JAT    DATE: 2/25/2004
Yr   Case No.    Dft #

HON: JUDGE JAMES A. TEILBORG, United States District Court    Judge # 7025

USA v. Munoz-Arguello    Jesus    Alberto
         Last Name        First Name    Middle Initial

DEFENDANT: **X** Present ___ Not Present ___ Released **X** Custody ___ Writ
Deputy
Clerk: Teddy Bengtson    Crt Rptr/ECR: David German

U.S.Atty: Michael W. Kemp    Dft Atty: Richard L. Juarez
                                        ___ FPD  **X** apptd ___ retd
Intrprtr: Louis Velasco    Language: Spanish
================================================================================
**PROCEEDINGS:** ___ ARRAIGNMENT/PLEA    **X** CHANGE OF PLEA ___ RULE 20 ___ SEALED

___ WAIVER OF INDICTMENT filed.    ___ INFORMATION filed.

☒ Dft is sworn and examined.

☐ Dft states true name is: _____

☒ Dft enters: **X** GUILTY PLEA to: **Ct 2 of the Indictment**
   Lesser offense (include citation): _____

☒ The Court finds that the defendant knowingly, intelligently and voluntarily enters a plea of guilty. The Court accepts the Defendant's plea of guilty.

☒ PLEA AGREEMENT: **X** LODGED ___ FILED ___ SEALED.
   **X** Guideline case.    ___ Non-guideline case.

☒ SENTENCING SET FOR: **Monday, May 17, 2004 at 3:00 p.m. before Judge Teilborg.**    SEALED: ___

☒ TO BE DISMISSED AT SENTENCING: **Ct 1**
**X** ORDER vacate any pending hearing/trial dates/pending motions.
___ ORDER Dft remain released pending sentencing.
**X** ORDER Dft remain in the custody of the U.S. Marshal pending sentencing.
**X** ORDER a Pre-Sentence Investigation Report be prepared by the Adult Probation Department.

OTHER: IT IS ORDERED that any motions for upward departure, downward departure and sentencing memoranda shall be filed at least six (6) business days prior to the sentencing date. Responses are due three (3) business days prior to the sentencing date. Failure to comply with these deadlines will result in the Court continuing the sentencing date. Any motion to continue sentencing shall be filed at least three (3) business days prior to the sentencing date.

Copies to: PROB/PTS/Def Cnsl/AUSA/Clerk    COP #1 1/1/94