UNITED STATES DISTRICT COURT — CRIMINAL SENTENCING MINUTES
DISTRICT OF ARIZONA - Phoenix

DATE: 5/17/2004        CASE NUMBER: CR 03-00687-001-PHX-JAT

Hon. JAMES A. TEILBORG, United States District Judge  #: 7025

USA vs. Jesus Alberto Munoz-Arguello
DEFT: ☒ PRESENT  ☐ NOT PRESENT  ☒ Custody

Deputy Clerk Teddy Bengtson           Crt Rptr/ECR: David C. German
A.U.S. Attorney Michael W. Kemp       Interpreter Louis Velasco
                                      Language Spanish
Attorney for Defendant Richard L. Juarez (Appointed)

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

### JUDGMENT   [SENTENCE]

☐ Defendant is placed on probation for a period of _____
  on Cts(s) _   ☐ with supervision  ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of 11 Months on Cts(s) 2 of the Indictment.

☒ Supervised release term of 3 Years by law on Ct(s) 2

☐ Fine of $wavied on Ct(s) 2                              TOTAL FINE $wavied

☐ Restitution of $-0- ordered pursuant to 18 U.S.C. 3596

☒ Special Assessment of $100.00 pursuant to 18 U.S.C. 3013 on Ct(s) 2

☒ On Motion of U.S. Atty: Ct(s) all remaining counts (Count 1) are dismissed

☐ Order bond exonerated       ☐ Bond exonerated upon surrender to USM

☒ Dft advised of waiver of right to appeal   ☐ Appeal bond set at $____

☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☒ The Court accepts the defendant's plea of guilty and plea agreement.

☐ Other: _____

CC: PROBATION, PTS

